# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   __05CV11903-RWZ__

Title:   __IRMA LORENUS   V.  USA__

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge __ZOBEL__ has been transferred to Judge __STEARNS__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __RGS__.

Thank you for your cooperation in this matter.

    SARAH A. THORNTON
    CLERK OF COURT

By:   __s/ Lisa A. Urso__
    Deputy Clerk

Date:  __11/3/05__

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)  [ntccsasgn.]