UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRMA LORENUS,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)   Case No. 05-11903-RGS<br>)<br>)<br>)<br>) |

### DEFENDANT'S CERTIFICATION OF COMPLIANCE
### WITH LOCAL RULE 16.1(D)(3)

Defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that it has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

UNITED STATES POSTAL SERVICE
By its attorney,

CONNY BEATTY, ESQ.

By: _____
Conny Beatty, Esq.
National Tort Center
U.S. Postal Service
PO Box 66640
St. Louis, MO 63166-6640
(314) 872-5120
Dated: February __, 2006

UNITED STATES OF AMERICA,
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Damian W. Wilmot
Assistant U.S. Attorney
1 Courthouse Way., Ste 9200
Boston, MA 02210
(617) 748-3398