UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRMA LORENUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 05-11903-LTS |
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Please substitute my appearance on behalf of the United States for that of Damian Wilmot.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

By:   /s/ Mark J. Grady
                          Mark J. Grady
                          Assistant U.S. Attorney
                          U. S. Attorney's Office
                          John Joseph Moakley
                          United States Courthouse
                          1 Courthouse Way, Suite 9200
                          Boston, MA  02210
                          617-748-3136